UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: <u>Lynda D. Saye</u>  Chapter 7
Debtor(s)  Case No.: 17-50266-KKS

## MOTION TO ENLARGE TIME TO ENTER DISCHARGE IN ORDER TO FILE A REAFFIRMATION AGREEMENT

COMES NOW, the Debtor, <u>Lynda D. Saye</u>, by and through her undersigned attorney, and moves the Court for a Motion To Enlarge Time by <u>60</u> days to file a reaffirmation agreement and as grounds would show:

1. Pursuant to Rule 4004(c)(1)(J): In a chapter 7 case, on expiration of the times fixed for objecting to discharge and for filing a motion to dismiss the case under Rule 1017(e), the court shall forthwith grant the discharge, except that the court shall not grant the discharge if:

(A) A motion to enlarge the time to file a reaffirmation agreement under Rule 4008(a) is pending.

2. The Debtor(s) and CitiMortgage Inc. had communicated the basic terms for the Debtor(s) to reaffirm the debt with <u>CitiMortgage Inc.</u> A Reaffirmation Agreement had been prepared. The reaffirmation agreement was circulated back to Creditor for filing. However, on 12/12/17 Council for Debtor was informed by CitiMortgage that the account had been service released to Novastar and that CitiMortgage Inc. would be unable to execute and file the documents.

3. Information provided by CitiMortgage Inc. via email regarding transfer of service to Novastar was incorrectly stated and should be Nationstar which is now Mr. Cooper. Therefore, additional time is needed in order for the Debtor to acquire reaffirmation documents from Mr. Cooper, have them executed and circulated back to Creditor for filing.

WHEREFORE, the Debtor prays the court will delay entry of her discharge for 60 days to allow time for circulation of the documents and for the Creditor to complete the filing of the Reaffirmation Agreement.

Submitted this 12th day of December, 2017.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ.
CHARLES M. WYNN LAW OFFICES, PA
P. O. Box 146
Marianna, FL 32447-0146
(850)526-3520
FL Bar #0241695
Attorney for Debtor
Court@Wynnlaw-fl.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing has been furnished by electronic filing to Mary W. Colon Chapter 7 Trustee and to all parties in interest on the same date as reflected as the electronic filing date for this document.

/s/ Charles M. Wynn
CHARLES M. WYNN, ESQ

- Mary W. Colon    trustee@marycolon.com, fl33@ecfcbis.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
- Charles M. Wynn    candy@wynnlaw-fl.com